STATE of Missouri, Respondent,

v.

Freddie BATISTE, Jr., Appellant.

No. WD 71303.

Missouri Court of Appeals,
Western District.

Sept. 14, 2010.

Motion for Rehearing and/or Transfer to
Supreme Court Denied Dec. 7, 2010.

Ellen H. Flottman, Columbia, MO, for Appellant.

John M. Reeves, Jefferson City, MO, for Respondent.

Before Lisa WHITE HARDWICK, C.J., JAMES EDWARD WELSH, and KAREN KING MITCHELL, JJ.

ORDER

PER CURIAM:

Freddie Batiste, Jr., appeals the circuit court's judgment convicting him as a prior offender of abuse of a child. We affirm. Rule 30.25(b).